## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| JERMAN RODESNO-LOPES, | : | CIV. NO.  23-615 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| STEVIE M. KNIGHT, | : | |
| | : | |
| Respondent | : | |

_____

**IT APPEARING THAT:**

1.  On or about February 3, 2023, Petitioner Jerman Rodesno-Lopes, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking application of earned Time Credits under the First Step Act ("FSA Time Credits").  (Pet., Dkt. No. 1.)  The Court directed Respondent to file an answer to the petition.  (Order, Dkt No. 2.)

2.  After receiving an extension of time, on May 22, 2023, Respondent filed an answer in opposition to habeas relief, asserting Petitioner is ineligible for FSA Time Credits because he is subject to an immigration final order of removal.  (Answer, Dkt. No. 6); (Declaration of Christina Clark, Exhibit A, Final Order of Removal, Dkt. No. 6-1.)

3.  According to the Federal Bureau of Prisons Inmate Locator,[1] Petitioner was no longer in BOP custody as of August 4, 2023.

---

[1] The Court takes judicial notice under Fed. R. of Evid. 201(b) of the Federal Bureau of Prisons Inmate Locator, available at https://www.bop.gov/inmateloc/.

4.  "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."  *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

5.  The petition no longer presents a live case or controversy.  Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

**DATE:  February 5, 2025**

<u>s/Renée Marie Bumb</u>
RENÉE MARIE BUMB
Chief United States District Judge

2